# MEMO ENDORSED

## LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

**SAMEH N. AWAD**
ASSOCIATE

TEL: (212) 238-4804
EMAIL: sawad@lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

December 16, 2022

> Defendants' request to adjourn the initial case management conference is granted. The conference will take place on January 20, 2023 at 9:30 a.m. It will be held by telephone. The parties are instructed to call the Court at (877) 411-9748 and use access code 3029857#. SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: December 19, 2022
> New York, New York

**Via ECF**
Hon. Judge Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  **Zaki v. Amtrak, et al.**
     **USDC, Southern District of New York, No.: 1:22-cv-09372 (ER)**

Dear Judge Ramos:

    We represent defendants National Railroad Passenger Corporation, Metropolitan Transportation Authority, and Long Island Railroad Company (collectively, "Defendants") in the above referenced matter. Due to a scheduling conflict, Defendants respectfully request an adjournment of the initial case management and scheduling conference presently scheduled for January 12, 2023 at 4:00 p.m. All parties consent to Defendants' request for an adjournment, and are available on January 19, 2023 or such date thereafter as is convenient for the Court. This is Defendants' first request for adjournment.

    We thank Your Honor for your consideration in this matter.

Respectfully submitted,

*/s/ Sameh N. Awad*

Sameh N. Awad

cc:  Parties of Record (via ECF)

4876-2975-9812v.1