UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN ZAKI *and* RAMEZ ZAKI,

                        Plaintiffs,

– against –

NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, MTA LONG ISLAND RAILROAD, NATIONAL RAILROAD PASSENGER CORPORATION *d/b/a* AMTRAK, GEORGE S. HALL, INC., *and* TUCS CLEANING SERVICES, INC.

                        Defendants.

**ORDER**

22-cv-9372 (ER)

Ramos, D.J.:

    The parties are directed to appear for a telephonic status conference on May 12, 2023 at 11:00 AM. The parties are instructed to dial 877-411-9748, and enter access code 3029857# when prompted.

    It is SO ORDERED.

Dated:    April 26, 2023
              New York, New York

                                                  Edgardo Ramos, U.S.D.J.