UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

SUSAN ZAKI and RAMEZ ZAKI,

           Plaintiffs,

   -against-

NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY, MTA LONG ISLAND RAILROAD
and NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

           Defendants.
-------------------------------------------------------------------------X
METROPOLITAN TRANSPORTATION
AUTHORITY, LONG ISLAND RAILROAD and
NATIONAL PASSENGER CORPORATION,

           Third Party Plaintiffs,

   -against-

GEORGE S. HALL, INC. and TUCS CLEANING
SERVICES, INC.,

           Third-Party Defendants.
-------------------------------------------------------------------------X

Case No. 1:22-cv-09372 ER

**CONSENT TO CHANGE ATTORNEY**

    **IT IS HEREBY CONSENTED** that, ECKERT SEAMANS CHERIN & MELLOT, LLC, 10 Bank Street, Suite 700, New York, White Plains, NY 10606, be substituted as attorneys of record for Defendant, **GEORGE S. HALL, INC.**, in the above-entitled action in place and stead of GOLDBERG SEGALLA LLP, P.O. Box 880, Buffalo, NY 14201, as of the date hereof.

Dated: New York, New York
       June 21, 2023

ECKERT SEAMANS CHERIN &
MELLOT, LLC
*Incoming Counsel*

By: /s/
Nicholas A. Pasalides
10 Bank Street, Suite 700
White Plains, NY 10606

GOLDBERG SEGALLA LLP
*Outgoing Counsel*

By: /s/ Selma Moy
Selma Moy, Esq.
Mailing Address:
P.O. Box 880, Buffalo, NY 14201

{N0483682-1}

npasalides@eckertseamans.com      smoy@goldbergsegalla.com
GS File No.: 2008..0163

By: _____
Robert Roman
Senior National Solutions Manager
Risk Management
GEORGE S. HALL INC.

Sworn to before me on the
21st day of June, 2023.

_____
Notary Public

ELENA C GRYCZKO
Notary Public - State of New Jersey
Commission # 2343158
My Commission Expires Apr 13, 2026

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 7/13/2023
New York, New York

2