UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN ZAKI *and* RAMEZ ZAKI,

            Plaintiffs,

– *against* –

GEORGE S. HALL, INC., TUCS CLEANING SERVICES, INC., NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, MTA LONG ISLAND RAILROAD, *and* NATIONAL RAILROAD PASSENGER CORPORATION *d/b/a* AMTRAK,

            Defendants.

**ORDER**

22-cv-9372 (ER)

Ramos, D.J.:

      The parties filed a stipulation of voluntary dismissal on August 8, 2024, incorrectly indicating that the voluntary dismissal concerned plaintiffs Susan and Ramez Zaki instead of, among other defendants, the New York City Transit Authority. Docs. 86–87. The Clerk of the Court rejected the stipulation of voluntary dismissal due to the parties' failure to select the correct party. As the case has been dismissed as to all defendants, the Clerk of the Court is directed to close the case.

It is SO ORDERED.

Dated:    October 8, 2025
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.